### J. T. INGRAM V. THE STATE.

No. 9951.   Delivered March 10, 1926.

**Selling Intoxicating Liquor—No Statement of Facts—No Bill of Exceptions.**

This record is before us without either a statement of facts or a bill of exception, and no fundamental error appearing, it is affirmed.

Appeal from the District Court of Shackelford County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction for selling intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in the District Court of Shackelford County for selling liquor, punishment fixed at one year in the penitentiary.

The record is before us without any bills of exception or statement of facts. The indictment fully charges the offense, and the charge of the court submits correctly the law applicable.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*